IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LAWANDA JH-BEY TM, also known as, ANNETTE L. HOLLINS, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | CV 119-176 |
| A. MICHELLE MOMODU; JONATHAN KASPER; DEPUTY MARSHAL FOR RICHMOND COUNTY; MCCALLA RAYMER LEIBERT PIERCE LLC; MIDFIRST BANK; AUGUSTA RICHMOND COUNTY; and CIVIL COURT OF RICHMOND COUNTY, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of January, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA